[No. 36111-6-II. Division Two. September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS L. WEIGHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-02001-8, Gary R. Tabor, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36140-0-II. Division Two. September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE B. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01601-9, Robert L. Harris, J., entered January 18, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 36143-4-II. Division Two. September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW B. KIMBROUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04093-9, Kitty-Ann van Doorninck, J., entered March 2, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36186-8-II. Division Two. September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MARSHALL AGUIRRE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01702-5, Anne Hirsch, J., entered April 12, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.